# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CENTER STREET LUXURY APARTMENTS, LLC, | : | No. 21 MAL 2023 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| | : | **Opinion and Order** of the |
| v. | : | Commonwealth Court at No. 908 CD |
| | : | 2021 entered on December 15, |
| | : | 2022, **reversing** the Order of the |
| TOWN OF BLOOMSBURG ZONING | : | Columbia/Montour County Court of |
| HEARING BOARD AND TOWN OF | : | Common Pleas at No. 2020-CV-918 |
| BLOOMSBURG, | : | entered on July 16, 2021 |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**                                          **DECIDED: August 9, 2023**

**AND NOW**, this 9th day of August, 2023, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the following issue:

> Whether the Commonwealth Court erred in failing to remand the matter to the [t]rial [c]ourt for consideration of the second issue raised by [Petitioner] in its appeal of the decision of the Zoning Hearing Board?

As we find the Commonwealth Court did not address Petitioner's issue related to the alleged bias of the Town of Bloomsburg Zoning Hearing Board, the Commonwealth Court's order is **VACATED**, and this matter is **REMANDED** to that court for consideration of that issue. The Petition for Allowance of Appeal is **DENIED** as to Petitioner's remaining issue.